IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LANA EISENHAUER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3187 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| DOLLAR GENERAL CORPORATION, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1), stating that because Defendant has not filed a motion for summary judgment, Plaintiff is entitled to dismiss this diversity action without prejudice and without an order of the court. (Filing 11.)

      Defendant objects to Plaintiff's notice (Filing 12), pointing out that this removed case was originally filed in September 23, 2013, in the District Court of Cuming County, Nebraska; Defendant first sought removal in October 2013, but this court remanded the matter to state district court for lack of subject matter jurisdiction because the amount-in-controversy requirement had not been met (Filing 1-1 at CM/ECF p. 19); Defendant filed an answer in state district court on February 14, 2014 (Filing 1-1 at CM/ECF p. 20); recent deposition testimony revealed that Plaintiff's damage request exceeds $75,000; this matter was again removed to this court in September 2014; Defendant has taken written discovery, deposed Plaintiff, and engaged in informal settlement negotiations; and Plaintiff's Notice of Voluntary Dismissal was filed just two weeks before the summary judgment deadline. Further, trial has been set for September 21, 2015. (Filing 7, Final Progression Order.)

I shall deny Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Filing 11) because it was filed long after Defendant's answer. Fed. R. Civ. P. 41(a)(1)(A)(i) ("the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal *before the opposing party serves* either *an answer* or a motion for summary judgment" (emphasis added)).[1]

IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) (Filing 11) is denied.

DATED this 28th day of April, 2015.

> BY THE COURT:
> *Richard G. Kopf*
> Senior United States District Judge

---

[1] Plaintiff apparently reads this rule to mean that a notice of voluntary dismissal may be filed at any time, as long as it is filed before a motion for summary judgment. This is incorrect. The rule's reference to "either an answer or a motion for summary judgment" refers to cases in which "[a] motion for summary judgment may be forthcoming prior to answer." Fed. R. Civ. P. 41 Note, Subdivision (a), 1946 Amendment.

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.