IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LANA EISENHAUER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3187 |
| | ) | |
| v. | ) | |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint Stipulation for Dismissal With Prejudice (Filing 17) and Fed. R. Civ. P. 41,

IT IS ORDERED that the above-captioned case, including all claims that were brought or could have been brought, is dismissed with prejudice, and each party shall bear its or their own costs and attorneys' fees.

DATED this 21st day of May, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge